Collette Adkins, admitted *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone:	651-955-3821
Email:	cadkins@biologicaldiversity.org

Howard M. Crystal, admitted *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300
Washington, DC 20005
Telephone:	202-809-6926
Email:	hcrystal@biologicaldiversity.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior; and DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendant-Intervenors,<br><br>PACIFIC LEGAL FOUNDATION, *et al.*,<br><br>Defendant-Intervenors,<br><br>SAFARI CLUB INTERNATIONAL, *et al.*,<br><br>Defendant-Intervenors. | Case No. 3:17-cv-00091-SLG<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Plaintiff Center for Biological Diversity hereby gives notice of appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Re Motions to Dismiss (ECF No. 129). Judgement was entered on June 8, 2018 (ECF No. 130).

Plaintiff's Representation Statement is attached to this notice pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b).

Respectfully submitted this 2nd day of August, 2018,

        */s/ Collette Adkins*
        Collette Adkins, admitted *pro hac vic*
        CENTER FOR BIOLOGICAL DIVERSITY
        P.O. Box 595
        Circle Pines, MN 55014-0595
        Telephone: 651-955-3821
        Email: cadkins@biologicaldiversity.org

        Howard M. Crystal, admitted *pro hac vice*
        CENTER FOR BIOLOGICAL DIVERSITY
        1411 K Street N.W., Suite 1300
        Washington, DC 20005
        Telephone: 202-809-6926
        Email: hcrystal@biologicaldiversity.org

        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on August 2, 2018, the foregoing PLAINTIFF'S NOTICE OF APPEAL with the attached REPRESENTATION STATEMENT was served electronically on all parties via CM/ECF.

/s/ Collette Adkins
Collette Adkins, admitted *pro hac vice*

*Attorney for Plaintiff*