Collette Adkins, admitted *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone:    651-955-3821
Email:             cadkins@biologicaldiversity.org

Howard M. Crystal, admitted *pro hac vice*
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300
Washington, DC 20005
Telephone:    202-809-6926
Email:             hcrystal@biologicaldiversity.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>       Plaintiff,<br>  v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior; and DEPARTMENT OF THE INTERIOR,<br><br>       Defendants,<br><br>STATE OF ALASKA, *et al.*,<br><br>       Defendant-Intervenors,<br><br>PACIFIC LEGAL FOUNDATION, *et al.*,<br><br>       Defendant-Intervenors,<br><br>SAFARI CLUB INTERNATIONAL, *et al.*,<br><br>       Defendant-Intervenors. | Case No. 3:17-cv-00091-SLG<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the undersigned counsel represent the Center for Biological Diversity, Plaintiff in the above-named case, and no other party. All parties to this action, along with the names, addresses, telephone numbers, and email addresses for their respective counsel, are listed below.

## PLAINTIFF
### Center for Biological Diversity

Collette L. Adkins
Center for Biological Diversity
PO Box 595
Circle Pines, MN 55014-0595
651-955-3821
Fax: 415-436-9683
Email: cadkins@biologicaldiversity.org

Howard M. Crystal
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
202-809-6926
Email: HCrystal@biologicaldiversity.org

## DEFENDANTS
### Ryan Zinke, *in his official capacity as Secretary of the U.S. Department of the Interior;* U.S. Department of the Interior

Stephen M. Pezzi
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530
202-305-8576
Fax: 202-616-8470
Email: Stephen.Pezzi@usdoj.gov

Richard L. Pomeroy
U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, AK 99513
907-271-5071
Fax: 907-271-2344
Email: richard.pomeroy@usdoj.gov

## DEFENDANT-INTERVENORS
## Pacific Legal Foundation, Alaska Outdoor Council, Big Game Forever, Kurt Whitehead, and Joe Letarte

James S. Burling
Pacific Legal Foundation (CA)
930 G Street
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: jsb@pacificlegal.org

Jonathan Calvin Wood
Pacific Legal Foundation
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
202-888-6881
Fax: 202-888-6855
Email: jw@pacificlegal.org

Zacharia D. Olson
Birch, Horton, Bittner & Cherot (DC)
1156 15th Street, NW, Suite 1020
Washington, DC 20005
202-659-5800
Fax: 202-659-1027
Email: zolson@dc.bhb.com

Oliver James Dunford
Pacific Legal Foundation (CA)
930 G Street
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: ojd@pacificlegal.org

Todd F. Gaziano
Pacific Legal Foundation
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
202-465-8734
Fax: 202-888-6855
Email: tfg@pacificlegal.org

Jeffrey Wilson McCoy
Pacific Legal Foundation (CA)
930 G Street
Sacramento, CA 95814
916-419-7111
Fax: 916-419-7747
Email: jwm@pacificlegal.org

## INTERVENOR DEFENDANT
## Safari Club International

Anna M. Seidman
Safari Club International
501 2nd Street NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: aseidman@safariclub.org

Brent R. Cole
Law Office of Brent R. Cole, P.C.
821 N Street, Suite 208
Anchorage, AK 99501
907-277-8001
Fax: 907-277-8002

Email: brent@akcolelaw.com

Douglas S. Burdin
Safari Club International
501 2nd Street NE
Washington, DC 20002
202-543-8733
Fax: 202-543-1205
Email: DBurdin@safariclub.org

**INTERVENOR DEFENDANT**
**National Rifle Association of America**

Brent R. Cole
(See above for address)

Douglas S. Burdin
(See above for address)

Michael Thomas Jean
National Rifle Association of America
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA 22030
703-267-1158
Fax: 703-267-1164
Email: MJean@nrahq.org


**INTERVENOR DEFENDANT**
**State of Alaska Department of Law**

Cheryl R. Brooking
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
Fax: 907-279-8644
Email: cheryl.brooking@alaska.gov

Jessica Moats Alloway
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
Fax: 907-279-2834
Email: jessie.alloway@alaska.gov


**AMICUS**
**State of Wisconsin, State of Georgia, State of Alabama, State of Arizona, State of Arkansas, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Nebraska, State of Nevada, State of Oklahoma, State of South Carolina, State of Texas, State of Utah**

Misha Tseytlin
Wisconsin Department of Justice
Office of the Solicitor General
17 W. Main Street
Madison, WI 53703
Ph: 608-267-9323
Fax: 608-261-7206
Email: tseytlinm@doj.state.wi.us

Respectfully submitted this 2nd day of August, 2018,

                                                                 */s/ Collette Adkins*
                                                                 Collette Adkins, admitted *pro hac vic*
                                                                 CENTER FOR BIOLOGICAL DIVERSITY
                                                                 P.O. Box 595
                                                                 Circle Pines, MN 55014-0595
                                                                 Telephone: 651-955-3821
                                                                 Email: cadkins@biologicaldiversity.org

                                                                 Howard M. Crystal, admitted *pro hac vice*
                                                                 CENTER FOR BIOLOGICAL DIVERSITY
                                                                 1411 K Street N.W., Suite 1300
                                                                 Washington, DC 20005
                                                                 Telephone: 202-809-6926
                                                                 Email: hcrystal@biologicaldiversity.org

                                                                 *Attorneys for Plaintiff*